NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3202

GUADALUPE M. VASQUEZ,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in
DA0831080521-I-1.

ON MOTION

## O R D E R

The Office of Personnel Management moves without opposition to reform the caption to name the Merit Systems Protection Board as respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion is granted. The revised official caption is reflected above.

(2)    The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

JUL 2 8 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Guadalupe M. Vasquez
     Joseph A. Pixley, Esq.
     Sara Rearden, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2009

JAN HORBALY
CLERK

2009-3202                                    2